# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANDREW E. GALLOWAY III AND
NISHITH PATEL

NO. 2020 CW 1082

VERSUS

DIEFENTHAL HOLDINGS, LLC AND
PREMIUM VALVE SERVICES, LLC

**JANUARY 06, 2021**

---

In Re: Diefenthal Holdings, L.L.C., applying for supervisory
writs, 22nd Judicial District Court, Parish of St.
Tammany, No. 2016-13306 c/w 2016-13607.

---

**BEFORE: GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

**JMG**
**WIL**

**McClendon, J.,** dissents. The writ application does not
contain a copy of the pertinent court minutes or a transcript of
the hearing, which is a violation of Rule 4-5(10) of the Uniform
Rules of Louisiana Courts of Appeal. Therefore, I would not
consider the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT